# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARIA BARRON | § § | |
| v. | § § | CASE NO. 3:17-CV-03468-S |
| MOHAMMED HOSSAIN ET AL | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Courtney B. Perez
Carter Arnett
Campbell Centre II
8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
(214) 550-5052
cperez@carterarnett.com

Mediation shall be in person and completed **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED May 25, 2018.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**