IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA BARRON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17-CV-03468-N S |
| | § | |
| MOHAMMED HOSSAIN AND | § | |
| SPEEDY UNITED USA, INC. d/b/a | § | |
| KING WASH & DRY AND d/b/a | § | |
| RUB-A-DUB DUB | § | |
| | § | |
| Defendants. | § | |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff's and Defendants' Joint Motion to Dismiss with Prejudice. Based on the parties' request and having considered the motion, the Court is of the opinion that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims filed against Defendants are hereby dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Defendants' claims filed against Plaintiff are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorney's fees and costs of court are assessed against the party incurring the same, except as otherwise agreed to in writing among the parties.

SIGNED this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE